1　　　　　　　　　　　　　　　　　　　　　　　　　　　　JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNADY DOLZHENICO and ZINAIDA DOLZHENICO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, CALIFORNIA; CHIEF CHARLIE BECK; SERGEANT MICHAEL HENDERSON; SERGEANT DAVID BLUESTEIN, and DOES 1-8,<br><br>Defendants. | **CASE NO. CV15-04581 AB (SSx)**<br><br>**JUDGMENT**<br><br><br><br><br><br>**Trial Date: August 15, 2017** |

## **JUDGMENT**

On August 15, 2017, the foregoing matter was called for trial in Department "7B" of the United States District Court, Central District of California, Central Division. The Honorable Andre Birotte, Jr., was presiding. Plaintiffs GENNADY DOLZHENICO and ZINAIDA DOLZHENICO were present and represented by Ronald M. Tym. Defendants MICHAEL HENDERSON and DAVID BLUESTEIN were present and represented by Deputy City Attorney Ty A. Ford.

Prior to the commencement of trial, the Plaintiffs dismissed the third and fourth causes of action. The second cause of action was bifurcated into a "*Monell* phase," which would be heard if Plaintiffs prevailed during the first phase, addressing liability and compensatory damages only.

Following pre-trial proceedings on August 15, 2016, a panel of jurors was called that same day. A jury of eight persons was regularly impaneled on August 15, 2017.

Evidence was presented on August 15, 2017 through August 17, 2017. Witnesses were sworn and testified. The parties rested. Jury instructions were read and the case was argued on August 18, 2017. The case was submitted to the jury on August 18, 2017.

On August 18, 2017, the jury UNANIMOUSLY returned verdicts as follows:

## JUDGMENT ON SPECIAL VERDICT

WE, THE JURY, in the above-entitled action, unanimously find as follows on the questions submitted to us:

## QUESTIONS REGARDING THE CLAIMS OF PLAINITFF GENNADY DOLZHENICO

**QUESTION NO. 1:**

Has Gennady Dolzhenico proven by a preponderance of the evidence that he had a property interest in the Calvert Street house?

YES_____    NO  ✓

(If you answered "Yes" to Question No. 1, please proceed to Question No. 2. If you answered "No" to Question No. 1, please proceed to Question No. 7.)

///

**QUESTION NO. 2**:

Has Gennady Dolzhenico proven by a preponderance of the evidence that any of the following Defendant Officers deprived him of that property interest?

MICHAEL HENDERSON        Yes_____        No_____

DAVID BLUESTEIN              Yes_____        No_____

(If you answered "Yes" to Question No. 2, please proceed to Question No. 3. If you answered "No" to Question No. 2, please proceed to Question No. 7.)

**QUESTION NO. 3:**

Has Gennady Dolzhenico proven by a preponderance of the evidence that he was not given a notice or hearing before an eviction?

      YES_____        NO_____

(If you answered "Yes" to Question No. 3, please proceed to Question No. 4. If you answered "No" to Question No. 3, please proceed to Question No. 7.)

**QUESTION NO. 4:**

(Answer only as to the Defendant Officer(s) you answered "yes" to in Question No. 2.)

If you answered "Yes" to Questions No. 1, 2, and 3, do you find that Plaintiff Gennady Dolzhenico has proven by a preponderance of the evidence that the Defendant officer's conduct was the cause of injury to Plaintiff Gennady Dolzhenico?

(Answer (check "Yes" or "No") following the name of only the Defendant that you answered "Yes" in Question No. 2.

MICHAEL HENDERSON        Yes_____        No_____

DAVID BLUESTEIN              Yes_____        No_____

(If you answered "yes" to any of the above defendant officers, please proceed to Question No. 5. If you answered "no" as to the above defendant officers, skip Questions No. 5 and No. 6, and proceed to Question No. 7.)

**DAMAGES**

(If you gave any "Yes" responses to Question No. 4, please answer the following Questions. Otherwise, please proceed to Question 7.)

**QUESTION NO. 5:**

What is the total amount of damages suffered by the Plaintiff Gennady Dolzhenico?

$_____.

(Please proceed to Question No. 6.)

**QUESTION NO. 6:**

Has Gennady Dolzhenico proven, by a preponderance of the evidence, that any of the following defendant officers acted with malice, oppression or in reckless disregard of the rights of Gennady Dolzhenico?

Answer (check "Yes" or "No") following the name of each Defendant:

**(Continued on Next Page)**

MICHAEL HENDERSON          Yes_____          No_____

DAVID BLUESTEIN          Yes_____          No_____

**QUESTIONS REGARDING THE CLAIMS OF PLAINTIFF ZINAIDA DOLZHENICO**

**QUESTION NO. 7:**

Has Zinaida Dolzhenico proven by a preponderance of the evidence that she had a property interest in the Calvert Street house?

    YES_____          NO__✓___

(If you answered "Yes" to Question No. 7, please proceed to Question No. 8. If you answered "No" to Question No. 7, please stop, answer no further questions, and sign and date the verdict form.)

**QUESTION NO. 8**:

Has Zinaida Dolzhenico proven by a preponderance of the evidence that any of the following Defendant Officers deprived her of that property interest?

MICHAEL HENDERSON        Yes_____        No_____

DAVID BLUESTEIN           Yes_____        No_____

(If you answered "Yes" to Question No. 8, please proceed to Question No. 9. If you answered "No" to Question No. 8, please stop, answer no further questions, and sign and date the verdict form.)

**QUESTION NO. 9:**

Has Zinaida Dolzhenico proven by a preponderance of the evidence that she was not given a notice or hearing before an eviction?

　　　　YES_____        NO_____

(If you answered "Yes" to Question No. 9, please proceed to Question No. 10. If you answered "No" to Question No. 9, please stop, answer no further questions, and sign and date the verdict form.)

**QUESTION NO. 10:**

(Answer only as to the Defendant Officer(s) you answered "yes" to in Question No. 8.)

If you answered "Yes" to Questions No. 7, 8, and 9, do you find that Plaintiff Zinaida Dolzhenico has proved by a preponderance of the evidence that the Defendant officer's conduct was the cause of injury to Plaintiff Zinaida Dolzhenico?

(Answer (check "Yes" or "No") following the name of only the Defendant that you answered "Yes" in Question No. 8.)

MICHAEL HENDERSON        Yes_____        No_____

| | | |
|---|---|---|
| DAVID BLUESTEIN | Yes_____ | No_____ |

**DAMAGES**

(If you gave any "Yes" responses to Question No. 10, please answer the following Questions. Otherwise, please stop, answer no further questions, and sign and date the verdict form.)

**QUESTION NO. 11:**

What is the total amount of damages suffered by the Plaintiff Zinaida Dolzhenico?

$_____.

(Please proceed to Question No. 12.)

**QUESTION NO. 12:**

    Has Zinaida Dolzhenico proven, by a preponderance of the evidence, that any of the following defendant officers acted with malice, oppression or in reckless disregard of the rights of Zinaida Dolzhenico?

(Answer (check "Yes" or "No") following the name of each Defendant)

| | | |
|---|---|---|
| MICHAEL HENDERSON | Yes_____ | No_____ |
| DAVID BLUESTEIN | Yes_____ | No_____ |

Please sign and date the verdict form and return it to the clerk of the Court.


Date: August 18, 2017         _____*/ s /*_____
                                          FOREPERSON OF THE JURY

    By reason of dismissals and the special verdict, Defendants MICHAEL HENDERSON, DAVID BLUESTEIN, CHARLIE BECK and CITY OF LOS ANGELES are entitled to judgment against Plaintiffs GENNADY DOLZHENICO and ZINAIDA DOLZHENICO.

Now, therefore, it is ORDERED, ADJUDGED AND DECREED that Plaintiffs GENNADY DOLZHENICO and ZINAIDA DOLZHENICO have and recover nothing by reason of each and all his and her claims as set forth in the Complaint against Defendants MICHAEL HENDERSON, DAVID BLUESTEIN, CHARLIE BECK and CITY OF LOS ANGELES and that Defendants shall recover their costs in accordance with Local Rule 54.

***JUDGMENT IS HEREBY ENTERED IN FAVOR OF ALL DEFENDANTS ON ALL CLAIMS.***

***IT IS SO ORDERED.***

DATED: September 5, 2017

_____
**HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE**